```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 30312
    PATRICK M HAMILTON
    JOHANNA M HAMILTON                      CHAPTER 13

                                            JUDGE: JACQUELINE P COX
         Debtor
   SSN XXX-XX-2497     SSN XXX-XX-0781

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 08/03/2005 and was confirmed 10/17/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  20.00%.

    The case was paid in full 12/15/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
CHASE AUTO FINANCE         SECURED           10240.00        583.40    10240.00
CITIMORTGAGE INC           CURRENT MORTG     98198.12          .00     98198.12
USAA FEDERAL SAVINGS BAN   CURRENT MORTG     34120.00          .00     34120.00
ECAST SETTLEMENT CORP      UNSECURED          1212.60          .00       242.52
BILL MEANS                 UNSECURED         NOT FILED         .00          .00
CAPITAL ONE                UNSECURED         21055.73          .00      4211.15
PORTFOLIO RECOVERY         UNSECURED         17836.04          .00      3567.21
ECAST SETTLEMENT CORP      UNSECURED          2686.80          .00       537.36
ECAST SETTLEMENT CORP      UNSECURED         12866.90          .00      2573.38
RESURGENT CAPITAL SERVIC   UNSECURED          3820.16          .00       764.03
PORTFOLIO RECOVERY ASSOC   UNSECURED         15924.16          .00      3184.83
RESURGENT CAPITAL SERVIC   UNSECURED         18126.41          .00      3625.28
DELORIS ROTOLANTE          UNSECURED         NOT FILED         .00          .00
DISCOVER FINANCIAL SERVI   UNSECURED         14993.41          .00      2998.68
RESURGENT CAPITAL SERVIC   UNSECURED         17210.84          .00      3442.17
ECAST SETTLEMENT CORP      UNSECURED          9439.99          .00      1888.00
ECAST SETTLEMENT CORP      UNSECURED         37622.06          .00      7524.41
UNITED MILEAGE PLUS        UNSECURED         NOT FILED         .00          .00
USAA FEDERAL SAVINGS BAN   UNSECURED          4373.34          .00       874.67
CHASE AUTO FINANCE         UNSECURED         NOT FILED         .00          .00
CITIMORTGAGE INC           MORTGAGE ARRE      3055.08          .00      3055.08
ECAST SETTLEMENT CORP      UNSECURED          4821.22          .00       964.24
ECAST SETTLEMENT CORP      UNSECURED           496.05          .00        99.21
LEGAL HELPERS PC           DEBTOR ATTY        1,700.00                  1,700.00
TOM VAUGHN                 TRUSTEE                                     12,411.22
DEBTOR REFUND              REFUND                                          74.15

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 196,879.11

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 30312 PATRICK M HAMILTON & JOHANNA M HAMILTON
```

```
PRIORITY                                                       .00
SECURED                                                 145,613.20
    INTEREST                                                583.40
UNSECURED                                                36,497.14
ADMINISTRATIVE                                            1,700.00
TRUSTEE COMPENSATION                                     12,411.22
DEBTOR REFUND                                                74.15
                                 ---------------    ---------------
TOTALS                                196,879.11         196,879.11
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
  Dated: 03/05/09                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```